MR. DONALD RAY McCRAY
3872 FM 350 S.
LIVINGSTON, TX 77351



AUGUST = 2022            3-22CV1800-S

RE: REQUEST FOR (PERMISSION) TO CIVIL-PETITION/1983, IN THE U.S. DISTRICT COURT NORTHERN DISTRICT OF/FOR TEXAS        AT DALLAS


DAVID L. HORAN
U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT
NORTHERN DISTRICT OF
TEXAS        AT DALLAS


TO (MAGISTRATE) = HORAN,

THIS, IS (MR) = DONALD McCRAY AND AFTER A CRIMINAL INDICT-MENT WAS FILED AGAINST ME BY EMPLOYEESE FROM THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE AND (NOT) = THE STATE

OF TEXAS... THEREFORE: I, AM REQUEST TO FILE (A): 1983 CIVIL PETITION AS THERE, IS UNDISPUTED - PROOF TO SUPPORT THE: CLAIM IN THE :PETITION...

SIGNATURE
*[signature]*

ON JANUARY 6, 2020, TEX. DEPT. OF CRIMINAL JUSTICE - INSTITUTIONAL DIVISION (BUREAU) OF CLASSIFICATION AND RECORDS - CHAIRMAN REPORTED BY (ACT) OF: POTTER COUNTY DISTRICT CLERK :CARLEY SNIDER AND: EX- TEXAS EMPLOYEE - FORMER JUDGE: ABE LOPEZ (OVER): FIVE (5) YEARS - RETIRED AND WITHOUT BEING: RE- EMPLOYED BY (TEXAS) AS (A) :CIVILIAN/CIVILIST, AND WITHOUT (A): SIGNATURE/SIGN: PLEA- :BARGAIN - AGREEMENT IMPOSED/SENTENCE MR. DONALD McCRAY TO (20 YEARS) BEFORE THE: TEX. DEPT. OF CRIMINAL JUSTICE - INSTITUTION DIVISION (BUREAU) OF CLASSIFI -CATION, : DECEMBER 11, 2019 THEREFORE - (TEXAS) WILL: OWE MR. DONALD McCRAY $500.00 MILLION DOLLARS-: MAY 24,

2022 AS (DEADLY-FORCE) WILL BE USED TO KEEP HIM IN (TEXAS) = PRISON BY - (WORD)

FROM (A) = CIVILIAN

_____ SIGNATURE,

COPY TO:

GOVERNOR: GREGG ABBOTT
STATE OF TEXAS

RANDALL C. SIMS
POTTER COUNTY DISTRICT ATTORNEY

JUDGE: ANA ESTEVEZ
251ST CRIMINAL DISTRICT COURT
AMARILLO, TX 79101

KELLY G. MOORE
9TH JUDICIAL REGION JUDGE
LUBBOCK, TX 79408

BILL BARR
U.S. ATTORNEY GENERAL
WASHINGTON, D.C. 20530

2.

DALLAS COUNTY - TEXAS

FROM: JOHN CREUZOT
DALLAS COUNTY DISTRICT ATTORNEY
133 N. RIVERFRONT BLVD / LB-19
DALLAS, TX 75207

APRIL: 2021

## NOTICE

ON: MAY 7, 2020, TEX. DEPT. OF CRIMINAL JUSTICE - INSTITUTIONAL DIVISION (BUREAU) OF CLASSIFICATION AND RECORDS: CHAIRMAN REPORTED BY (ACT) OF DALLAS COUNTY DISTRICT ATTORNEY JOHN CREUZOT THE: COUNTY-TIME, FOR MR. DONALD McCRAY BEGIN FROM: MAY 23, 1987, AND THEREFORE: HIS-SENTENCE WILL BE: COMPLETED - END MAY 23, 2022 - DAY - FOR - DAY

3.



MR. DONALD MCCRAY
NAME
TDC# 63694/ALLRED UNIT
2101 FM 369 N
IOWA PARK, TEXAS 76367

DAVID L. HORAN
U.S. DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE ST., RM: 1549
DALLAS, TX 75242

RECEIVED
AUG 12 2022
MAIL ROOM

NORTH TEXAS TX P&DC
DALLAS TX
9 AUG 2022

75242-106299